indigent defendant who is convicted of a misdemeanor and who desires to appeal. The new subsection would also codify the advice that the district court must give regarding appellate rights in general and the scope of the authority of a lawyer who is appointed for a qualifying defendant. The language of the proposed subsection would parallel GCR 1963, 785.11. See also, former subrule 785.11.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

### JULY 16, 1979

BINDRA v STATE BOARD OF LAW EXAMINERS. (Docket No. 59398.) Motion by respondent for reconsideration of this Court's order of March 5, 1979 *(ante,* p 1101) denied. *Dyer, Meek, Ruegsegger, King & McClear* for petitioner. *Stuart J. Dunnings, Jr.,* for respondent.

COLEMAN, C.J., and RYAN, J., would grant the motion for reconsideration for the reasons stated by Justice RYAN in this Court's order dated March 5, 1979.

### JULY 18, 1979

PEOPLE v MILLER. (Docket No. 62330.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *George B. Mullison,* Prosecuting Attorney, and *David A. Hoort,* Assistant Prosecuting Attorney, for the people. State Appellate Defender, *Terence R. Flanagan,* Assistant Defender, for defendant-appellant. Reported *ante,* p 244.

WAYNE COUNTY PROSECUTOR v RECORDER'S COURT JUDGE (PEOPLE v ANNETTE ALEXANDER) and PEOPLE v BRINTLEY. (Docket Nos. 62083, 62084.) Rehearing denied. *Kenneth M. Mogill* for defendant-appellee Annette Gail Alexander. *Arthur H. Landau* for defendant-appellee Curtis Brintley. Reported *ante,* p 374.

### JULY 20, 1979

PROPOSED AMENDMENT OF JCR 1969, 4 AND 11. On order of the Court, this is to advise that the Court is considering a proposal to amend Juvenile Court Rules 4 and 11. Before determining whether it